UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P. FOREMAN, et al.,<br><br>       Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>       Defendant. | 22-cv-03902-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with its order granting Approval of the Collective Action Settlement. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  October 5, 2023

_____
VINCE CHHABRIA
United States District Judge